AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of __NEVADA__

| | |
|---|---|
| United States of America<br>v.<br>__HERMAN DEWAYNE CARGILL, III__<br>*Defendant* | Case No.  2:22-mj-00129-DJA |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Northern District of Alabama<br>AS ORDERED | Courtroom No.: | AS ORDERED |
|---|---|---|---|
| | | Date and Time: | AS ORDERED |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: __2/16/22__

*Judge's signature*

DANIEL J. ALBREGTS, U.S. Magistrate Judge

*Printed name and title*



____FILED    ____RECEIVED
____ENTERED  ____SERVED ON
          COUNSEL/PARTIES OF RECORD

FEB 1 6 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY